# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Bryan Shane Wolfe | ) | Case No. 1:20 MJ 9332 |
| | ) | |
| *Defendant(s)* | ) | |

**FILED**
9:11 pm Sep 17 2020
**Clerk U.S. District Court**
**Northern District of Ohio**
**Cleveland**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of September 13, 2020 in the county of Ashtabula in the Northern District of Ohio, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Interstate Threatening Communications |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Melissa Fortunato, Special Agent - FBI
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date: 9/17/20

*Judge's signature*

City and state: Cleveland, Ohio

William H. Baughman Jr., United States Magistrate Judge
*Printed name and title*