1:20 MJ 9332

## AFFIDAVIT

1.      I, MELISSA L. FORTUNATO, am a Special Agent with the Federal Bureau of Investigation (FBI) and have been for over twenty-one (21) years.  I am currently assigned to the FBI's Cleveland Division working out of the Painesville Resident Agency.  During my tenure with the FBI, I have participated in numerous federal investigations including corruption, civil rights, complex white collar crime, online threats and drug trafficking investigations. I have used a variety of investigative techniques, including, but not limited to, wiretaps, interviews of witnesses, subjects and confidential informants, physical surveillance, reviews of telephone and financial records, and search warrants of physical premises, electronic devices and social media accounts, including Facebook.  Through my employment with the FBI, I have received specialized training involving the use of technology in criminal activities.

2.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents/law enforcement officers and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3.      Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of Title 18, United States Code, Section 875(c) (Interstate Threatening Communications) have been committed by BRYAN SHANE WOLFE (WOLFE).

4.      On or about September 13, 2020, a Facebook account with the name "Shaun Wolfie", Facebook unique account name shane.wolfe.7758, sent a direct message to the Facebook account belonging to J.M., a real person whose identity is known to your affiant.  The message included a photograph of J.M.'s 16-year-old son and 6-year-old daughter, who are both half African-

1

American.  J.M.'s son was wearing his school football uniform in the photo.  Along with the photo, the message included the following text: "And it is why you and your nigger will swing from knots cunt.  'He will be saying I cant breath' while I'm drinking a beer and you're bleeding watching it all."

5.      J.M. does not know the person who sent her the threat and has never had any interaction with this person to her knowledge.

6.      J.M. lives within the Northern District of Ohio.

7.      On September 17, 2020, your affiant sent a request to Facebook for records related to the Facebook account with the name "Shaun Wolfie", Facebook unique account name shane.wolfe.7758.  Facebook records showed the account was registered by an email address containing the name Shane Wolfe on June 13, 2019.  The account had a registered phone number of (XX) XXX-9429, which was verified by Facebook.  A verified phone number indicated the account holder responded to a text sent to the listed telephone number.  Facebook also provided a unique Internet Protocol (IP) address for the last logout on the account.  This logout was on September 13, 2020 at 23:43:56 UTC.  September 13, 2020 was the date the threat was made to J.M.

7.      A search for the Internet Service Provider associated with the unique IP address for the account's last logout came back to Charter Communications, INC.  Your affiant made a request to Charter Communications Inc. for subscriber information related to the above IP address.  Charter Communications provided the subscriber name of Bryan Wolfe, Mansfield, OH, 44903.

8.      A search of the Ohio Law Enforcement Gateway Portal (OHLEG) by your affiant for a Bryan Wolfe at Mansfield, OH, 44903 came back with a result of Bryan Shane Wolfe.

9.      A public records search was conducted by your affiant on the Richland County's Auditor's website for a property in Mansfield, OH, 44903.  The website indicated the property was owned by Bryan S. Wolfe and another real person known to your affiant.

10.     A query of the open source database, Clear, by your affiant for Bryan Wolfe with the Social Security number obtained from the OHLEG search was conducted by your affiant.  The report indicated Bryan Shane Wolfe had telephone number (XXX) XXX-9429 associated with him, which matched the telephone number provided by Facebook of the account that sent the threat.

11.     Facebook, Inc. is located in Menlo Park, CA, 94025.

_____
Melissa L. Fortunato
FBI Special Agent


Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.



_9/17_/20
William H. Baughman
United States Magistrate Judge