FILED
OCT 09 2020
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| Plaintiff, ) | |
| ) | 1:20 CR 622 |
| v. ) | CASE NO._____ |
| ) | Title 18, United States Code, |
| BRYAN SHANE WOLFE, ) | Section 922(g)(9) |
| ) | |
| Defendant. ) | JUDGE NUGENT |

COUNT 1
(Possession of a Firearm and Ammunition Having Been Previously Convicted of a Misdemeanor Crime of Domestic Violence, 18 U.S.C. § 922(g)(9))

The Grand Jury charges:

On or about September 18, 2020, in the Northern District of Ohio, Eastern Division, Defendant BRYAN SHANE WOLFE, knowing that he had been previously convicted of a misdemeanor crime of domestic violence, that being: one count of Domestic Violence, in violation of Ohio Revised Code Section 2919.25(A)(1), in Case Number 2015CRB287, in the Morrow County Municipal Court, on or about April 7, 2015, did knowingly possess in and affecting interstate commerce a firearm and ammunition, to wit: a Smith and Wesson M&P 45 Shield Pistol, bearing Serial Number HXB1978, and ammunition, said firearm and ammunition having been shipped in interstate commerce, all in violation of Title 18, Section 922(g)(9), United States Code.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.