IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
DEC 17 2020
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRYAN SHANE WOLFE,<br><br>Defendant. | S U P E R S E D I N G<br>I N D I C T M E N T<br><br>JUDGE DONALD C. NUGENT<br><br>CASE NO. 1:20-CR-622<br>Title 18, United States Code,<br>Sections 922(g)(9) and 924(a)(2);<br>Title 18, United States Code,<br>Section 875(c) |

COUNT 1
(Possession of a Firearm Having Previously Convicted of a Misdemeanor Crime of Domestic Violence, 18 U.S.C. § 922(g)(9))

The Grand Jury charges:

1. On or about September 18, 2020, in the Northern District of Ohio, Eastern Division, Defendant BRYAN SHANE WOLFE, knowing he had previously been convicted of a misdemeanor crime of domestic violence, that being: Domestic Violence, in violation of Ohio Revised Code Section 2919.25(A)(1), in Case Number 2015CRB287, in the Morrow County Municipal Court, on or about April 7, 2015, did knowingly possess in and affecting interstate commerce a firearm, to wit: a Smith and Wesson M&P 45 Shield Pistol, bearing Serial Number HXB1978, and said firearm, having been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Section 922(g)(9).

COUNT 2
(Interstate Threatening Communications,
18 U.S.C. § 875(c))

The Grand Jury further charges:

2. On or about November 2, 2019, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant BRYAN SHANE WOLFE, did knowingly and willfully transmit in interstate and foreign commerce communications containing threats to kidnap the person of another, to wit: family members of T.J., a person whose identity is known to the grand jury, by posting online images and sending online messages to T.J., threatening to kidnap T.J. and the family members of T.J., in violation of Title 18, Section 875(c), United States Code.

COUNT 3
(Interstate Threatening Communications,
18 U.S.C. § 875(c))

The Grand Jury further charges:

3. On or about September 8, 2020, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant BRYAN SHANE WOLFE, did knowingly and willfully transmit in interstate and foreign commerce communications containing threats to injure the person of another, to wit: E.H., a person whose identity is known to the grand jury, by posting online images and sending online messages to E.H., threatening physical harm to E.H. and the property of E.H., in violation of Title 18, Section 875(c), United States Code.

COUNT 4
(Interstate Threatening Communications,
18 U.S.C. § 875(c))

The Grand Jury further charges:

4. On or about September 13, 2020, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant BRYAN SHANE WOLFE, did knowingly and willfully transmit in interstate and foreign commerce communications containing threats to injure the person of another, to wit: J.M., a person whose identity is known to the grand jury, by posting online images and sending online messages to J.M., threatening physical harm to J.M. and the children of J.M., in violation of Title 18, Section 875(c), United States Code.

FORFEITURE

The Grand Jury further charges:

5. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegation of Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant BRYAN SHANE WOLFE, shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the federal firearm violation charged in Count 1; including, but not limited to, the following: a Smith and Wesson M&P 45 Shield Pistol, bearing Serial Number HXB1978, with ammunition.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.